IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS and TEXAS, DEPARTMENT OF PUBLIC SAFETY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| DELORIS PHILLIPS, | ) ) | |
| Defendant. | ) | Civil Action No. 3:21-CV-1905-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be administratively closed for Plaintiff's failure to comply with the terms of prior sanctions orders entered by this Court.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that this civil action be **ADMINISTRATIVELY CLOSED**. The Clerk of Court is directed to docket, for administrative purposes only, and then terminate any future motions filed in this proceeding.

SO ORDERED.

Dated September 8, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE